IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br>  Plaintiffs, <br><br> v. <br><br> CITIGROUP, INC., CITICORP, and CITIBANK, N.A., <br><br>  Defendants. | 14 Civ. 4638 (AKH) <br><br><br><br> **ORAL ARGUMENT REQUESTED** |

### NOTICE OF DEFENDANTS CITIGROUP, INC.'S, CITICORP'S, AND CITIBANK, N.A.'S MOTION TO STAY THE PROCEEDINGS

**PLEASE TAKE NOTICE** that Defendants Citigroup, Inc., Citicorp, and Citibank, N.A. (collectively, "Citi") hereby move to stay this case pending the conclusion of *Intellectual Ventures II LLC v. JP Morgan Chase & Co.*, No. 1:13-cv-03777 (S.D.N.Y.). Citi requests oral argument at the Court's earliest convenience.

**WHEREFORE**, Citi respectfully requests that the Court enter an order granting Citi's motion, and granting the specific relief requested in Citi's contemporaneously filed Memorandum of Law.

Dated: October 7, 2014

Respectfully submitted,

**WILMER CUTLER PICKERING
HALE & DORR LLP**

*/s/ Gregory H. Lantier*
Gregory H. Lantier
1875 Pennsylvania Ave, NW
Washington, DC 20006

Telephone:  (202) 663-6000
Facsimile: (202) 663-6363
gregory.lantier@wilmerhale.com

Omar A. Khan
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
omar.khan@wilmerhale.com

**KIRKLAND & ELLIS LLP**
Kenneth R. Adamo
Brent Ray
601 Lexington Avenue
New York, NY 10022-4611
Telephone:  (212) 446-4839
Facsimile:  (212) 446-4900 kenneth.adamo@kirkland.com
brent.ray@kirkland.com

*Attorneys for Defendants / Counterclaim-Plaintiffs*