IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>CITIGROUP, INC., CITICORP, and CITIBANK, N.A.,<br><br>       Defendants. | 14 Civ. 4638 (AKH)<br><br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF OMAR A. KHAN IN SUPPORT OF DEFENDANTS CITIGROUP, INC.'S, CITICORP'S, AND CITIBANK, N.A.'S MOTION TO STAY THE PROCEEDINGS**

I, Omar A. Khan, declare as follows:

1.      I make the following declaration based on my personal knowledge and of my own free will. I am over 21 years of age and have never been convicted of a felony. I am a counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and am admitted to practice in New York. I represent Defendants Citigroup, Inc., Citicorp, and Citibank, N.A.

2.      Attached hereto as Exhibit A is a true and correct excerpt from the transcript of an August 20, 2014 hearing before Judge Hellerstein in *Intellectual Ventures II LLC v. JP Morgan Chase & Co.*, No. 1:13-cv-03777 (S.D.N.Y.).

3.      Attached hereto as Exhibit B is a true and correct excerpt from the transcript of an April 4, 2014 hearing before Judge Hellerstein in *Intellectual Ventures II LLC v. JP Morgan Chase & Co.*, No. 1:13-cv-03777 (S.D.N.Y.).

4. Attached hereto as Exhibit C is a true and correct excerpt from the transcript of a March 5, 2014 hearing before Judge Hellerstein in *Intellectual Ventures II LLC v. JP Morgan Chase & Co.*, No. 1:13-cv-03777 (S.D.N.Y.).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 7, 2014
New York, New York

/s/ Omar A. Khan
Omar A. Khan