UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

INTELLECTUAL VENTURES II LLC,

           Plaintiff,

           v.

JP MORGAN CHASE & CO., JPMORGAN
CHASE BANK, NATIONAL ASSOCIATION,
CHASE BANK USA, NATIONAL
ASSOCIATION, CHASE PAYMENTECH
SOLUTIONS LLC, and PAYMENTECH LLC,

           Defendants.

------------------------------------------------------------ X

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

           Plaintiffs,

           v.

CITIGROUP, INC., CITICORP., and CITIBANK,
N.A.,

           Defendants.

------------------------------------------------------------ X

**ORDER FURTHER REGULATING PENDING DISCOVERY MOTIONS**

13-cv-3777 (AKH)

14-cv-4638 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/14

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Oral argument on motions to compel and motions to seal filed by Intellectual Ventures II, LLC and J.P. Morgan Chase & Co. in *Intellectual Ventures II, LLC v. J.P. Morgan Chase & Co.*, 13-cv-3777, is currently scheduled for November 4, 2014 at 10:30 a.m. At that

1

time, the Court will also hear argument on the motion to stay the proceedings filed by Citigroup, Inc. in *Intellectual Ventures I LLC, et al. v. Citigroup, Inc.*, 14-cv-4638.

SO ORDERED.

Dated:    New York, New York
            October 29, 2014

ALVIN K. HELLERSTEIN
United States District Judge