IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/14
```

INTELLECTUAL VENTURES I LLC and )
INTELLECTUAL VENTURES II LLC, )
         Plaintiffs, )   14 Civ. 4638 (AKH)
v. )
CITIGROUP, INC., CITICORP, and )
CITIBANK, N.A., )
         Defendants. )

## [~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Richard A. Crudo for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of New York and the District of Columbia, and that his contact information is as follows:

Richard A. Crudo
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Email: richard.crudo@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Citigroup, Inc., Citicorp, and Citibank, N.A. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Dec. 6, 2014

Honorable Alvin K. Hellerstein
United States District Judge