UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
INTELLECTUAL VENTURES I LLC, ET AL.,

    Plaintiffs,

v.

CITIGROUP, INC., ET AL.,

    Defendants.
------------------------------------------------------------ X

**ORDER SUMMARIZING DECEMBER 10, 2014 STATUS CONFERENCE**

14-cv-4638 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

A status conference was held on December 10, 2014, during which the Court ordered the following schedule:

| December 24, 2014 | IV to produce to Citi final list of claims asserted |
| --- | --- |
| March 19, 2015 | Parties to submit joint claim construction chart |
| March 26, 2015 at 10:30 a.m. | Markman hearing |

In addition, the parties are to confer and agree to a briefing schedule and date for a tutorial, if necessary. The proposed schedule should be submitted to the Court by December 31, 2014.

SO ORDERED.

Dated:    New York, New York
           December 10, 2014

ALVIN K. HELLERSTEIN
United States District Judge

1