**DUNNEGAN & SCILEPPI LLC**
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

December 31, 2014

Via ECF

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Intellectual Ventures v. Citigroup, Inc. et al.</u>
        14 Civ. 4638 (AKH)

Dear Judge Hellerstein:

    Along with Feinberg Day Alberti & Thompson LLP, we represent plaintiffs in the above action. We are writing on behalf of all parties to submit a proposed Markman briefing schedule, in accordance with the December 10, 2014, order of the Court. (Dkt. 51)

| Date | Event |
|---|---|
| 1/13/15 | Parties exchange claim terms to be construed and proposed constructions |
| 1/23/15 | Parties exchange responsive proposed constructions |
| 2/13/15 | Opening Markman briefs (simultaneous exchange) |
| 3/6/15 | Responsive/reply Markman briefs (simultaneous exchange) |
| 3/11/15 | Joint claim construction chart submitted to Court |
| 3/25/15 | Tutorial |
| 3/26/15 | Markman hearing |

                Sincerely yours,

                William Dunnegan

cc: Kenneth Adamo, Esq. (By ECF)
    Gregory Lantier, Esq. (By ECF)