UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :   **SCHEDULING ORDER**
INTELLECTUAL VENTURES I LLC, ET AL.,                          :
                                                              :
                              Plaintiffs,                     :   14-cv-4638 (AKH)
                                                              :
        v.                                                    :
                                                              :
CITIGROUP, INC., ET AL.,                                      :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

By joint letter dated December 31, 2014, the parties proposed a schedule for a patent tutorial and *Markman* hearing (ECF No. 54). That schedule is adjusted and ordered as follows:

| March 24, 2015 at 10:30 a.m. | Patent Tutorial |
| March 26, 2015 at 10:30 a.m. | *Markman* Hearing |

SO ORDERED.

Dated:    New York, New York
          March 13, 2015

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge

1