DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

March 17, 2015

<u>Via ECF and Facsimile</u>

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  <u>Intellectual Ventures v. Citigroup, Inc. et al.</u>
14 Civ. 4638 (AKH)

Dear Judge Hellerstein:

Along with Feinberg Day Alberti & Thompson LLP, we represent plaintiffs in the above action.

In accordance with counsel's telephone conversation with your Clerk, we are writing to request that the order entered March 13, 2015, be modified to change the date of the Tutorial that is scheduled for March 24, 2015.  The reason for this request is that the necessary attorneys at Feinberg Day, who have the technical knowledge necessary to conduct the Tutorial in a manner helpful to the Court, are actually engaged in a trial in the District of Delaware, <u>Intellectual Ventures v. Motorola Mobility</u>, Civ. No. 11-908-SLR, beginning yesterday until March 31, 2015.

If the Court cannot schedule this case for either March 25 or March 27, 2015, we respectfully request that the Court schedule the <u>Markman</u> and the Tutorial for the same day, March 26, 2015.  Given the time length of similar hearings in <u>Intellectual Ventures v. JPMorgan Chase</u>, 13-cv-3777 (AKH), we believe that this would be reasonable.

Respectfully yours,

William Dunnegan

William Dunnegan

cc: All Counsel of Record (By ECF)
    Omar Kahn, Esq. (By Facsimile)