UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x



IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
FOR USE IN A TRIAL OR PROCEEDING

-----------------------------------------------------------x



Order No. ___

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby,

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or General Purpose Computing Device(s) (collectively "Devices") listed below into the Courthouse for use in a proceeding in the action captioned *Intellectual Ventures I LLC et al. v. Citigroup, Inc. et al.*, No. 1:14-cv-04638 (S.D.N.Y.), which is anticipated to begin and end on March 25-26, 2015.

| Attorney | Device(s) |
| --- | --- |
| Greg Lantier | Phone |
| Richard Crudo | Phone, Laptop |
| Monica Grewal | Phone |
| Brent Ray | Phone |
| Ken Adamo | Phone |
| Tulloss Delk | Laptop, Phone |
| Nick Bohl | Phone |
| William Dunnegan | Laptops (2) |
| Sal Lim | Laptop, Phone |
| Chris Spadea | Laptop, Phone |
| Jake Zolotorev | Phone |
| Shawn Groat (Technician) | Laptops (2), Computer Monitor, Cables, Phone |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED.

Dated:    3/24/15

United States District Judge