IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>CITIGROUP, INC., CITICORP, and<br>CITIBANK, N.A.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 14 Civ. 4638 (AKH)<br><br><br><br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF OMAR A. KHAN IN SUPPORT OF DEFENDANTS
CITIGROUP, INC.'S, CITICORP'S, AND CITIBANK, N.A.'S
SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

I, Omar A. Khan, declare as follows:

1.      I make the following declaration based on my personal knowledge and of my own free will. I am over 21 years of age and have never been convicted of a felony. I am a counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and am admitted to practice in New York. I represent Defendants Citigroup, Inc., Citicorp, and Citibank, N.A.

2.      Attached hereto as Exhibit EEE is a true and correct copy of the transcript from the March 26, 2015 claim construction hearing in this case.

3.      Attached hereto as Exhibit FFF is a true and correct copy of Intellectual I LLC's and Intellectual II LLC's claim construction slides for U.S. Patent No. 6,819,271 presented at the above-mentioned hearing in this case.

1

4.        Attached hereto as Exhibit GGG is a true and correct copy of the transcript from the March 25, 2015 technology tutorial in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: June 11, 2015
       New York, New York

                                                          /s/  Omar A. Khan
                                                            Omar A. Khan