IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP, INC., CITICORP, and CITIBANK, N.A.,<br><br>Defendants. | 14 Civ. 4638 (AKH)<br><br>**ORAL ARGUMENT REQUESTED** |

**TABLE OF CONTENTS OF EXHIBITS FOR DEFENDANTS CITIGROUP, INC.'S, CITICORP'S, AND CITIBANK, N.A.'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF**

Pursuant to Rule 2(C) of the Individual Rules of the Honorable Alvin K. Hellerstein, Defendants Citigroup, Inc., Citicorp, and Citibank, N.A. (collectively, "Citi") submit this table of contents of the declaration and associated exhibits submitted in support of their Supplemental Claim Construction Brief.

**Table of Contents**

1. Declaration of Omar A. Khan in Support of Defendants Citigroup, Inc.'s, Citicorp's, and Citibank, N.A.'s Supplemental Claim Construction Brief

2. Exhibit EEE: Transcript of March 26, 2015 Claim Construction Hearing in this Case

3. Exhibit FFF: Intellectual Ventures I LLC's and Intellectual Ventures II LLC's Claim Construction Slides for U.S. Patent No. 6,819,271 Presented in this Case

4. Exhibit GGG: Transcript of March 25, 2015 Technology Tutorial in this Case

Dated:  June 11, 2015

Respectfully submitted,

WILMER CUTLER PICKERING HALE & DORR LLP

*/s/ Gregory H. Lantier*
Gregory H. Lantier
Richard A. Crudo
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
gregory.lantier@wilmerhale.com
richard.crudo@wilmerhale.com

Robert W. Trenchard
Omar A. Khan
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
robert.trenchard@wilmerhale.com
omar.khan@wilmerhale.com

KIRKLAND & ELLIS LLP

Kenneth R. Adamo
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4839
Facsimile: (212) 446-4900
kenneth.adamo@kirkland.com

Brent P. Ray
David W. Higer
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2608
Facsimile: (312) 862-2200
brent.ray@kirkland.com
dhiger@kirkland.com

*Attorneys for Defendants*