# EXHIBIT FFF

1

# Plaintiff Intellectual Ventures II Tutorial

## *U.S. Patent No. 6,189,271*

Case No. 1:14-cv-04638-AKH

Hon. Judge Alvin K. Hellerstein

Hearing Date: March 26, 2015

'271 Multiple Compression / Decompression Patent

# The '271 Patent

## I. U.S. Patent No. 6,189,271

A. "parallel data compression algorithm"

B. "parallel data decompression algorithm"

# '271 Patent: Parallel Data Compression Algorithm

## "parallel data compression algorithm"

| Intellectual Ventures' Construction | Defendant's Construction |
|---|---|
| An algorithm in a parallel compression engine that compresses more than one data unit at a time | An algorithm that compresses data across multiple processing units at the same time |

3

'271 Multiple Compression / Decompression Patent

# '271 Patent: Parallel Data Compression Algorithm

1. A data compression system comprising:

a plurality of parallel compression engines, wherein each of the plurality of parallel

compression engines operates independently and imple- — 10
ments a parallel data
compression algorithm;

wherein each of the plurality of parallel compression — 15
engines is operable to:

receive a different respective portion of uncompressed data; and

compress the different respective portion of the uncom-
pressed data using the parallel data
compression algorithm to produce a respective com- — 20
pressed portion of the uncompressed data; and

output the respective compressed portion;

wherein the plurality of parallel compression engines are
configured to perform said compression in a parallel
fashion to produce a plurality of respective compressed — 25
portions of the uncompressed data.

# '271 Patent: Parallel Data Compression Algorithm



Fig. 1

'271 Multiple Compression / Decompression Patent

# '271 Patent: Parallel Data Compression Algorithm

| Intellectual Ventures' Construction | Defendant's Construction |
|---|---|
| An algorithm in a parallel compression engine that compresses more than one data unit at a time | An algorithm that compresses data across multiple processing units at the same time |

▶ Both Parties' constructions recognize a key statement in the specification (col. 22:13-16):

symbols. Thus the parallel compression algorithm operates on a plurality of symbols at a time. This is different than
15 conventional prior art serial algorithms, which operate in a serial manner on only one symbol at a time. The plurality of

6

# '271 Patent: Parallel Data Compression Algorithm

| Intellectual Ventures' Construction | Defendant's Construction |
|---|---|
| An algorithm in a parallel compression engine that compresses more than one data unit at a time | An algorithm that compresses data across multiple processing units at the same time |

▲ IV's construction closely tracks the specification

▲ Specification states that "parallel compression algorithm operates on a plurality of symbols at a time" (Col. 22:14-15)

▲ IV's construction requires compressing a plurality of data units at a time

▲ A correct claim construction should reflect the inventors' distinguishing over prior art in the specification.

▲ *See, e.g., Kinik Co. v. International Trade Com'n.*, 362 F.3d 1359, 1365 (Fed. Cir. 2004)

'271 Multiple Compression / Decompression Patent

# '271 Patent: Parallel Data Compression Algorithm

| Intellectual Ventures' Construction | Defendant's Construction |
|---|---|
| An algorithm in a parallel compression engine that compresses more than one data unit at a time | An algorithm that compresses data across multiple processing units at the same time |

▸ Citi's construction is flawed because there is no support in claims or specification for "multiple processing units"

8



'271 Patent: Parallel Data Compression Algorithm

Parallel Compression

Maintain a history table comprising entries
402

Maintain a current count of prior matches for the present data stream
404

Receive Uncompressed data
406

Compare a plurality of symbols with each entry in the history table
408

Determine match information for each of the plurality of symbols based on the current count and compare results
410

Output compressed data in response to the match information
412

Fig. 12

'271 Multiple Compression / Decompression Patent

9

'271 Multiple Compression / Decompression Patent

10

# '271 Patent: Parallel Data Compression Algorithm

| Intellectual Ventures' Construction | Defendant's Construction |
|---|---|
| An algorithm in a parallel compression engine that compresses more than one data unit at a time | An algorithm that compresses data across multiple processing units at the same time |

▶ The term "data unit" in IV's construction is supported by the specification

▶ "Unit of data" in the specification is representative of data to be operated on (Col. 8:29-31)

▶ Examples in the specification:

  ▶ Pages in memory (Col. 8:29-31)

  ▶ Symbols (Col. 22:14-15)

  ▶ Characters (Col. 5:3)

  ▶ Bytes (Col. 5:3)

  ▶ Tokens, for decompression (Col. 41:5-7, 33:51)

'271 Multiple Compression / Decompression Patent

# The '271 Patent

## I. U.S. Patent No. 6,189,271

A. "parallel data compression algorithm"

B. "parallel data decompression algorithm"

'271 Multiple Compression / Decompression Patent

# '271 Patent: Parallel Data Decompression Algorithm

**65.** A data decompression system comprising:

a plurality of parallel decompression engines, wherein each of the plurality of parallel decompression engines operates independently and implements a parallel data decompression algorithm;

wherein each of the plurality of parallel decompression engines is operable to:

receive a different respective portion of compressed data; and

decompress the different respective portion of the compressed data using the parallel data decompression algorithm to produce a respective uncompressed portion of the compressed data; and

output the respective uncompressed portion;

wherein the plurality of parallel decompression engines are configured to perform said decompression in a parallel fashion to produce a plurality of respective uncompressed portions of the compressed data.

'271 Multiple Compression / Decompression Patent

# '271 Patent: Parallel Data Decompression Algorithm

| Intellectual Ventures' Construction | Defendant's Construction |
|---|---|
| An algorithm in a parallel decompression engine that decompresses one or more data units at a time | An algorithm that decompresses data across multiple processing units at the same time except in a last decompression cycle |

- ▶ Unlike *compression*, there is no definitional statement in specification limiting *decompression* algorithm to operating on *more* than one data unit *at a time*

- ▶ Claims and specification show that *decompression* algorithm operates on *one* or more data units at a time
  - ▶ Each parallel decompression engine still operates in a parallel manner because it operates on its own portion of the data
  - ▶ Serial decompression engines and algorithms operated on all of the data

# '271 Patent: Parallel Data Decompression Algorithm

▶ When '271 inventors wanted to specify at-the-same-time operation, they used the word **_concurrently:_**

---

**66.** The data decompression system of claim **65,** wherein, in performing said decompression in a parallel fashion, the plurality of parallel decompression engines operate concurrently to decompress the different respective portions of the compressed data to produce

---

**73.** The data decompression system of claim **72,** wherein, in examining the plurality of tokens from the different respective portion of the compressed data in parallel, each of the plurality of parallel decompression engines is operable to operate on the plurality of tokens concurrently.

14



'271 Multiple Compression / Decompression Patent

'271 Patent: Parallel Data Decompression Algorithm

*Concurrent*: at the same time

Fig. 2

15

'271 Multiple Compression / Decompression Patent

# '271 Patent: Parallel Data Decompression Algorithm

▶ The use of "***concurrently***" in dependent claims means that independent claims are not so limited

  ▶ *Phillips v. AWH Corp.*, 415 F.3d 1303, 1324 ("For example, dependent claim 2 states that the baffles may be 'oriented with the panel sections disposed at angles for deflecting projectiles such as bullets able to penetrate the steel plates.' The inclusion of such a specific limitation on the term 'baffles' in claim 2 makes it likely that the patentee did not contemplate that the term 'baffles' already contained that limitation.")

# '271 Patent: Parallel Data Decompression Algorithm

▲ Citi reads one detail of one embodiment into the claims

▲ Specification never limits the decompression algorithm to "multiple processing units at the same time"

　▲ "[C]ompressed data may be decompressed in a series of cycles, with **one** or more tokens from the compressed data examined and decompressed in parallel **in each cycle**." (Col. 35:65-36:1)

▲ Citi's construction excludes preferred embodiment

　▲ *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1584 (Fed. Cir. 1996) (A claim construction that excludes a preferred embodiment "is rarely, if ever, correct.")

'271 Patent: Parallel Data Decompression Algorithm



Fig. 21

'271 Multiple Compression / Decompression Patent

# '271 Patent: Parallel Data Decompression Algorithm

decompression cycle. Thus, the decompression logic illustrated in FIG. **15** accepts a minimum of one token in a decompression cycle, for example, in a last decompression cycle when only one token is left to decompress. If a token

5

'271 patent at 37:4-7

# '271 Patent: Parallel Data Decompression Algorithm

pression engine 550. In one embodiment, one token is 45 assigned to one decoder, and one decoder may process one token in a decompression cycle. Stage one may include N

'271 patent at 33:45-47

FIG. 23c expands on block 906 of FIG. 23b, illustrating one embodiment of a method for examining a plurality of tokens from the compressed data 900 in parallel. In block 908, one or more tokens to be decompressed in parallel in the current decompression cycle may be extracted from the compressed data 900. The tokens may be extracted from the

'271 patent at 36:57-62

'271 Patent: Parallel Data Decompression Algorithm

'271 Multiple Compression / Decompression Patent

21

FIG. **23***b* illustrates an embodiment of a parallel decompression method performed in one embodiment of the parallel decompression engine **550** of FIG. **23***a*. FIG. **23***b* illustrates that compressed data may be decompressed in a    65 series of cycles, with one or more tokens from the compressed data examined and decompressed in parallel in each cycle. In block **906**, the parallel decompression engine may

'271 patent at 35:62-36:1

# '271 Patent: Parallel Data Decompression Algorithm

'271 Multiple Compression / Decompression Patent

data in a cycle. For example, the maximum output of the embodiment of FIG. **15** is 16 bytes per cycle. If a first decoder being decoded in a first decoder represents more than 16 output bytes, then the first stage **25501** may leave the first code loaded in the first decoder for as many cycles as it take to decompress all of the output bytes represented by the first code. Other codes that may be loaded in the other decoders are not decoded until there are available output data bytes to serve as destinations for the uncompressed symbols to be generated from the tokens. For example, if the first code

5

10

'271 patent at 29:1-10

'271 Multiple
Compression /
Decompression
Patent

# '271 Patent: Parallel Data Decompression Algorithm

In the preferred embodiment, the decompression engine **550** includes a pipelined, multi-stage design. The pipelined, multi-stage design of the decompression engine **550** enables the substantially simultaneous or concurrent processing of data in each stage. As used herein, the term "decompression

'271 patent at 26:13-17

**73**. The data decompression system of claim **72**, wherein, in examining the plurality of tokens from the different respective portion of the compressed data in parallel, each of the plurality of parallel decompression engines is operable to operate on the plurality of tokens concurrently.

**74**. The data decompression system of **73**, wherein each of the plurality of parallel decompression engines operates in a pipelined fashion;

wherein, in examining the plurality of tokens from the different respective portion of the compressed data in parallel, each of the plurality of parallel decompression engines is operable to operate on the plurality of tokens during a single pipeline stage.