IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP, INC., CITICORP, and<br>CITIBANK, N.A.,<br><br>Defendants. | 14 Civ. 4638 (AKH) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/15

## [~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Monica Grewal for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Massachusetts, Connecticut, and Illinois, and the District of Columbia, and that her contact information is as follows:

Monica Grewal
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6223
Fax: (617) 526-5000
Email: monica.grewal@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Citigroup, Inc., Citicorp, and Citibank, N.A. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _June 29_, 2015

_____
Honorable Alvin K. Hellerstein
United States District Judge