


# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

Kenneth R. Adamo
To Call Writer Directly:
(312) 862-2671
kenneth.adamo@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

July 24, 2015

**Via Facsimile**

Honorable Alvin K. Hellerstein
Daniel P. Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

So ordered
7-27-15
/s/ Hellerstein

Re: *Intellectual Ventures I LLC et al. v. Citigroup, Inc. et al.*, No. 14-cv-4638

Dear Judge Hellerstein:

We represent Citibank, Defendants in the above-references action, and write to notify the court of an error in the Minute Entry issued today. The Minute Entry states that the Status Conference is set for 8/4/2015, but the parties believe that the correct date should be 8/4/2016 per your honor's comments at yesterday's status conference. We have conferred with Plaintiffs' counsel and they are in agreement regarding the correction.

Respectfully Submitted,

/s/ *Kenneth R. Adamo*
Kenneth R. Adamo

cc: All counsel of record

Beijing   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.