Hellerstein, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

                Plaintiffs,

v.

CITIGROUP, INC., CITICORP, and
CITIBANK, V.A.,

                Defendants.

Case No. 1:14-cv-04638-AKH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-15

### NOTICE OF WITHDRAWAL OF ROBERT W. TRENCHARD AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney Robert W. Trenchard hereby withdraws as counsel for Citigroup, Inc., Citicorp, and Citibank, N.A. in the above-captioned action. As of August 6, 2015. Mr. Trenchard will no longer be associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Citigroup, Inc., Citicorp, and Citibank, N.A. continue to be represented by other counsel of record from WilmerHale and Kirkland & Ellis LLP.

Mr. Trenchard is not asserting a retaining or charging lien.

Dated: August 12, 2015

Respectfully submitted,

Robert W. Trenchard
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8867
Facsimile: (212) 230-8888

- 1 -

Email: robert.trenchard@wilmerhale.com

*Attorneys for Citigroup, Inc., Citicorp, and Citibank, N.A.*

SO ORDERED

_____
Hon. Alvin K. Hellerstein
United States District Judge

Dated August 17, 2015