IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | 14 Civ. 4638 (AKH) |
| v. | ) ) | |
| CITIGROUP, INC., CITICORP, and CITIBANK, N.A., | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101
WITH RESPECT TO THE '002 AND '081 PATENTS
<u>BASED ON ISSUE PRECLUSION</u>**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 56, Defendants Citigroup, Inc., Citicorp, and Citibank, N.A. (collectively, "Citi") move for summary judgment of invalidity under 35 U.S.C. § 101 with respect to the '002 and '081 patents based on issue preclusion. Per Local Civil Rule 7.1, and in support of this motion, are attached hereto:

- Memorandum In Support of Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 With Respect to the '002 and '081 Patents Based on Issue Preclusion

- Declaration of Richard A. Crudo In Support of Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 With Respect to the '002 and '081 Patents Based on Issue Preclusion

**WHEREFORE**, Citi respectfully requests that the Court grant its motion.

Dated:  November 9, 2015

Respectfully submitted,

WILMER CUTLER PICKERING HALE & DORR LLP

*/s/ Gregory H. Lantier*
Gregory H. Lantier
Richard A. Crudo
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
gregory.lantier@wilmerhale.com
richard.crudo@wilmerhale.com

Monica Grewal
60 State Street
Boston, MA 02109
Telephone: (617) 526-6223
Facsimile: (617) 526-5000
monica.grewal@wilmerhale.com

Omar A. Khan
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
robert.trenchard@wilmerhale.com
omar.khan@wilmerhale.com

KIRKLAND & ELLIS LLP

Kenneth R. Adamo
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4839
Facsimile: (212) 446-4900
kenneth.adamo@kirkland.com

Brent P. Ray
David W. Higer
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2608

        Facsimile: (312) 862-2200
        brent.ray@kirkland.com
        dhiger@kirkland.com

        *Attorneys for Defendants*