Hellerstein, a.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/15
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC,

        Plaintiffs,

        v.

CITIGROUP, INC., CITICORP,
CITIBANK, N.A.,

        Defendants.

1:14-cv-04638-AKH

-------------------------------------------------------x

## STIPULATED DISMISSAL WITH PREJUDICE OF COUNT V OF COMPLAINT -- INFRINGEMENT OF U.S. PATENT NO. 5,745,574

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Intellectual Ventures I LLC and Intellectual

Ventures II LLC and Defendants CitiGroup, Inc., CitiCorp. and CitiBank, N.A. (collectively,

"Defendants") hereby stipulate and agree to dismiss WITH PREJUDICE Count V of Plaintiffs'

Complaint (Dkt. No. 1), Infringement of U.S. Patent No. 5,745,574 ("the '574 patent").  Plaintiffs

and Defendants further hereby stipulate and agree to the dismissal of all counterclaims concerning

the '574 patent including Counterclaim Count Five and Counterclaim Count Six of Defendants'

Amended Answer (Dkt. No. 35) WITHOUT PREJUDICE.  Each party will bear its own costs and

attorneys' fees concerning Count V and related counterclaims and shall not use the assertion or

defense of the '574 patent claim as a basis for any future motion in this case.

Dated November 18, 2015

DUNNEGAN & SCILEPPI LLC

By _____
William Dunnegan (WD9316)
wd@dunnegan.com
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

- and -

Dated:   November 18, 2015

FEINBERG DAY ALBERTI & THOMPSON LLP
Elizabeth Day (pro hac vice)
eday@feinday.com
Clayton Thompson (pro hac vice)
cthompson@feinday.com
Ian Feinberg (pro hac vice)
ifeinberg@feinday.com
Marc Belloli (pro hac vice)
mbelloli@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
( 650) 618-4360
*Counsel for Plaintiffs*

Dated November 18, 2015

WILMER CUTLER PICKERING HALE &
DORR LLP

By
Gregory M. Lantier
Richard A. Crudo
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
gregory.lantier@wilmerhale.com
richard.crudo@wilmerhale.com

Monica Grewal
60 State Street
Boston, MA 02109
Telephone: (617) 526-6223
Facsimile: (617) 526-5000
monica.grewal@wilmerhale.com

Omar A. Khan
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
omar.khan@wilmerhale.com

2

Dated November 18, 2015

KIRKLAND & ELLIS LLP
Kenneth R. Adamo
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4839
Facsimile: (212) 446-4900
kenneth.adamo@kirkland.com

Brent P. Ray
David W. Higer
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2608
Facsimile: (312) 862-2200
brent.ray@kirkland.com
dhiger@kirkland.com
Attorneys for Defendants

*Counsel for Defendants*

**IT IS SO ORDERED:**

November 30 2015

_____

Hon. Alvin K. Hellerstein
UNITED STATES DISTRICT JUDGE

3