ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/16

**TO:** Concerned Parties

**FROM:** Brigitte Jones, Courtroom Deputy
by Order of Judge Alvin K. Hellerstein

Date: 1/6/16

Re: Intellectual Ventures v. JP Morgan Chase - 13 Civ. 3777 & 14 Civ. 4638(AKH)

The oral argument previously set for January 21st @ 2:30 p.m. is hereby adjourned.

You are hereby notified that you are required to appear for an oral argument.

Date: 1/21/16
Time: 3:00 p.m.
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*