UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>CITIGROUP, INC., CITICORP, and CITIBANK, N.A.,<br><br>Defendants. | 14 Civ. 04638 (AKH)<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF FINAL WRITTEN DECISION IN IPR2014-01385 FOR REVIEW OF CLAIMS 1-4, 10-13 AND 21-24 OF U.S. PATENT No. 7,984,081**

Defendants Citigroup, Inc., Citicorp, and Citibank, N.A. (together, "Citi"), hereby provide notice to the Court that on January 15, 2016, the Patent Trial and Appeal Board ("PTAB"), a unit of the United States Patent and Trademark Office ("USPTO"), issued a final written decision of claims 1-4, 10-13 and 21-24 of IPR2014-01385, U.S. Patent No. 7,984,081 ("the '081 Patent"), a patent at issue in this case.

IPR of the '081 Patent was requested by non-party International Business Machines Corporation ("IBM"). In its final written decision, the PTAB found that IBM has established by a preponderance of the evidence claims 1-4, 10-13 and 21-24 of the '081 Patent to be unpatentable. Citi did not participate in, control, support, or pay for the preparation or filing of IBM's IPR.

Citi will provide further notice to the Court upon receipt of any information regarding further actions taken by the PTAB.

Dated: January 21, 2016

Respectfully submitted,

*/s/ Kenneth R. Adamo*

**KIRKLAND & ELLIS LLP**
Kenneth R. Adamo
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4839
Facsimile: (212) 446-4900
kenneth.adamo@kirkland.com

Brent P. Ray
David W. Higer
300 N. LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
brent.ray@kirkland.com
dhiger@kirkland.com

**WILMER CUTLER PICKERING HALE & DORR LLP**
Gregory H. Lantier
Richard Crudo
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
gregory.lantier@wilmerhale.com
richard.crudo@wilmerhale.com

Omar A. Khan
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
omar.khan@wilmerhale.com

*Attorneys for Defendants*

2