UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC,  :

           Plaintiffs,  :

    v.  :    1:14-cv-04638-AKH

CITIGROUP, INC., CITICORP,
CITIBANK, N.A.,  :

           Defendants.  :

-------------------------------------------------------------x

## STIPULATED DISMISSAL WITHOUT PREJUDICE OF COUNTS III AND IV OF THE COMPLAINT – INFRINGEMENT OF U.S. PATENT NOS. 7,984,081 AND 6,546,002 – AND RELATED COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and (B), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC, (collectively, "IV") and Defendants Citigroup, Inc., Citicorp. and Citibank, N.A. (collectively, "Defendants") hereby stipulate and agree to dismiss WITHOUT PREJUDICE Count III of Plaintiff's Complaint (Dkt. No. 1), Infringement of U.S. Patent No. 7,984,081 ("the '081 patent") and Count IV of Plaintiff's Complaint, Infringement of U.S. Patent. No. 6,546,002 ("the '002 patent"). Plaintiffs and Defendants further hereby stipulate and agree to the dismissal of all counterclaims concerning the '081 and '002 patents including Counterclaim Counts Three, Four, Seven, Eight and Eleven of Defendants' Amended Answer (Dkt. No. 35) WITHOUT PREJUDICE. Each party will bear its own costs and attorneys' fees concerning IV's Counts III and IV and Defendants' Counter Claim Counts Three, Four, Seven, Eight and Eleven.

Dated: January 27, 2016     DUNNEGAN & SCILEPPI LLC

By /s/ William Dunnegan
William Dunnegan (WD9316)
wd@dunnegan.com
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

- and -

Dated: January 27, 2016     FEINBERG DAY ALBERTI & THOMPSON LLP

By /s/ M E Day
Elizabeth Day (pro hac vice)
eday@feinday.com
Clayton Thompson (pro hac vice)
cthompson@feinday.com
Ian Feinberg (pro hac vice)
ifeinberg@feinday.com
Marc Belloli (pro hac vice)
mbelloli@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
(650) 618-4360
*Counsel for Plaintiffs*

Dated: January ___, 2016     WILMER CUTLER PICKERING HALE & DORR LLP

By_____

Gregory H. Lantier
Richard A. Crudo
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
gregory.lantier@wilmerhale.com
richard.crudo@wilmerhale.com

Monica Grewal
60 State Street
Boston, MA 02109
Telephone: (617) 526-6223
Facsimile: (617) 526-5000
monica.grewal@wilmerhale.com

Omar A. Khan

Dated: January ___, 2016

DUNNEGAN & SCILEPPI LLC

By_____
William Dunnegan (WD9316)
wd@dunnegan.com
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

- and -

Dated: January ___, 2016

FEINBERG DAY ALBERTI & THOMPSON LLP

By_____
Elizabeth Day (pro hac vice)
eday@feinday.com
Clayton Thompson (pro hac vice)
cthompson@feinday.com
Ian Feinberg (pro hac vice)
ifeinberg@feinday.com
Marc Belloli (pro hac vice)
mbelloli@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
(650) 618-4360
*Counsel for Plaintiffs*

Dated: January 27, 2016

WILMER CUTLER PICKERING HALE & DORR LLP

By_____
Gregory H. Lantier
Richard A. Crudo
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
gregory.lantier@wilmerhale.com
richard.crudo@wilmerhale.com

Monica Grewal
60 State Street
Boston, MA 02109
Telephone: (617) 526-6223
Facsimile: (617) 526-5000
monica.grewal@wilmerhale.com

Omar A. Khan

2

Dated: January 27, 2016

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
omar.khan@wilmerhale.com
KIRKLAND & ELLIS LLP

By *Brent P. Ray /sm*
Kenneth R. Adamo
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4839
Facsimile: (212) 446-4900
kenneth.adamo@kirkland.com

Brent P. Ray
David W. Higer
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2608
Facsimile: (312) 862-2200
brent.ray@kirkland.com
dhiger@kirkland.com
Attorneys for Defendants

*Counsel for Defendants*

3